CLOSED

PAUL L. SEAVE         DATE: 1-16-01
United States Attorney
JONATHAN B. CONKLIN
Assistant U.S. Attorney
Federal Building, Room 3654
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7430

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAN NGOC NGUYEN, ) | CV F 00-6501 AWI-DLB-P |
| Petitioner, ) | |
| v. ) | ORDER GRANTING RESPONDENT'S MOTION TO DISMISS; ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| IMMIGRATION AND NATURALIZATION SERVICE, ) | |
| Respondent. ) | |

The petitioner filed a petition for a writ of habeas corpus on December 7, 2000, under 28 U.S.C. § 2241. He alleged that his detention by the INS violated his substantive and procedural due process rights. The INS released the petitioner from INS custody on January 5, 2000. Counsel for the respondent filed evidence showing that the petitioner is no longer in INS custody and moved to dismiss this habeas petition.

Good cause having been presented to the court and good cause appearing, the respondent's motion to dismiss the petition is GRANTED and

1  the petition for a writ of habeas corpus is DISMISSED without prejudice.
2  IT IS SO ORDERED.
3
4  Dated:     1-16-00                          _____
                                                ANTHONY W. ISHII
5                                               U.S. District Court Judge

United States District Court
for the
Eastern District of California
January 17, 2001

* * CERTIFICATE OF SERVICE * *

1:00-cv-06501

Nguyen

v.

INS

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 17, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

AWI   DLB P   HGB P   TIM

Oliver Eugene Vallejo
Federal Defender's Office
2300 Tulare Street
Suite 330
Fresno, CA  93721

Carl M Faller Jr
United States Attorney's Office
1130 O Street
Room 3654
Fresno, CA  93721

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk